IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, : | |
| : | CASE NO.:  1:14-CR-00090-TCB-AJB |
| v. : | |
| : | |
| : | |
| WILLIAM MATTHEW KIMBRELL,: | |
| : | |
| Defendant. : | |

## **DEFENDANT KIMBRELL'S PROPOSED VOIR DIRE QUESTIONS**

Defendant Matthew Kimbrell ("Mr. Kimbrell") hereby respectfully requests that the Court allow his counsel to ask potential jurors the following questions during jury selection:

1. Do any of you know the Acting United States Attorney John Horn, his Assistant Paul Jones, or anyone who currently works, or who has ever worked, with their office?

2. Do any of you personally know Judge Batten or anyone who currently works, or who has ever worked, with his office?

3. Do any of you personally know anyone who currently works, or who has ever worked, in this federal courthouse?

4. Have any of you ever been employed with any type of law enforcement agency, including any police department, sheriff's office, prison or jail,

probation or parole office, prosecutors' office, or any other law enforcement agency? (If so, what was the agency, when did you work there, and what were your duties?)

5. Have any of you ever applied for a job with a law enforcement agency but did not get hired, or later decided not to join? (If so, what agency was it, and when did you apply?)

6. Do any of you know anyone who currently works, or who has ever worked, with the following law enforcement agencies: the Federal Bureau of Investigation, the Department of Homeland Security, the Georgia Bureau of Investigation, or the Newton County Sheriff's Office? (If so, what is the individual's name, where does he or she work, how long has he or she worked there, what are his or her duties, and what is your relationship with them?)

7. Do any of you have any family members or close friends who currently work, or have ever worked, with a law enforcement agency other than the agencies previously mentioned? (If so, what was the agency, when did they work there, and what were/are their duties?)

8. Have any of you, any family members or close friends ever had any interaction whatsoever with the Federal Bureau of Investigation, the Department of Homeland Security, the Georgia Bureau of Investigation,

or the Newton County Sheriff's Office? (If so, what was the nature of the interaction, and do you think it may affect in any way your consideration of the testimony given by an officer from one of those agencies in this case?)

9. Do any of you have any personal opinions about the Federal Bureau of Investigation, the Department of Homeland Security, the Georgia Bureau of Investigation, or the Newton County Sheriff's Office that may lead you to consider the testimony of an individual employed with that agency differently than the testimony of another witness?

10. Do any of you know, or think you may know, any of the following individuals who may be witnesses in this case: (*read list of potential government witnesses*)?

11. Have any of you ever served as a juror in a criminal case? (For those of you who have served on a criminal jury, was there anything about that service that left you with a negative impression or opinion about criminal trials?)

12. Have any of you ever testified as a witness before a grand jury or a trial jury in a criminal case? (If so, was there anything about that experience that left you with a negative impression or opinion about criminal cases?)

3

13. Have any of you ever received any legal training or worked in a law office? (If so, what type of training did you receive, or what work have you performed, and when?)

14. Do any of you have any family members or close friends who currently work in a law office or in the legal field? (If so, where do they work, and how long have they worked there?)

15. Would any of you have a problem finding a person "not guilty" if you thought they were guilty but the government had not proven their guilt beyond a reasonable doubt?

16. Do any of you believe that if someone is indicted for an offense, then they are probably guilty of that offense?

17. Do any of you believe that someone who is indicted for an offense should have to prove their innocence?

18. Based upon what you have heard so far today, is there anyone who believes that Matthew Kimbrell is probably guilty, or should have to prove that he is not guilty?

19. Have you, any family member, or close friend ever been the victim of any type of sexual misconduct? (If so, please tell us what happened, and let us know if you think that experience may affect your ability to serve as a juror in a case involving allegations that someone intentionally

possessed child pornography.)

20. Have you, any family member, or close friend ever been the victim of any kind of child abuse, sexual or otherwise? (If so, please tell us about what happened, and let us know if you think that experience may affect your ability to serve in a juror in a case involving allegations that someone intentionally possessed child pornography.)

21. Have any of you ever accused anyone, or been a witness against anyone, in any matter involving allegations of sexual misconduct or abuse?

22. Do any of you have any education or training relating in any way to sexual abuse or child abuse?

23. Do any of you have any training or experience in counseling, therapy, or social work? (If so, please describe the training or experience.)

24. Do any of you have any family members or close friends who are currently employed, or have ever been employed, in the counseling, therapy, or social work field? (If so, where were they employed, what did they do, and how long did they work there?)

25. Is there anyone who believes they may have a very difficult time listening to evidence involving descriptions of child sexual abuse? (If so, do you think you will be able to put aside any personal feelings or emotions relating to this evidence and objectively consider whether the

government has proven its case beyond a reasonable doubt?)

26. Do any of you have any special training, employment or experience in computer networks, internet services, or social media? (other than an average computer user)

27. Do any of you know what the Gnutella network is and what it is generally used for?

28. Have any of you ever used a software program like Ares or Limewire? (If so, what did you use the program for, and how often would you use it?)

29. Do any of you know what a "peer to peer" network is? (If so, how did you obtain that knowledge, and what do you know about such a network?)

30. Do any of you believe that all pornography, including adult pornography, should be illegal and unavailable on the internet? (If so, do you think your personal opinion will affect your ability to serve as an impartial juror in a case involving allegations that someone intentionally obtained child pornography over the internet?)

31. Is there anyone who believes that, regardless of any instructions from the Court, you will be unable to fairly and objectively consider the evidence in a case involving allegations that someone intentionally possessed child pornography?

32. Are any of you personally familiar with any investigation or case involving allegations that someone intentionally created, distributed, or attempted to possess child pornography?

33. Do any of you regularly listen to talk radio shows like Rush Limbaugh, Sean Hannity, or similar programs? (If so, which ones do you regularly listen to?)

34. Do any of you belong to any social, civic or political organization? (If so, what is the organization, do you hold any office or position within the organization, and how long have you been a member?)

35. Is there anyone here who has a particularly strong desire to serve as a juror in this case? (If so, why?)

36. Is there anyone here who thinks they would *not* make a good juror for this particular case? (If so, why?)

37. Do any of you have any concerns that we have not discussed that may affect your ability to be a good juror for this case? (If so, what is your concern?)

This 8th day of September, 2015.

                                              THE PATE LAW FIRM, LLC

                                              Page A. Pate
                                              Georgia Bar No. 565899
                                              101 Marietta Street, Suite 3300
                                              Atlanta, Georgia 30303
                                              (404) 223-3310

## CERTIFICATE OF SERVICE

This is to certify that I have this day electronically filed the foregoing pleading with the Clerk of Court using the CM/ECF system which will automatically send email notifications of such filing to all counsel of record in this matter.

This 8th day of September, 2015.

THE PATE LAW FIRM, LLC

_____
Page A. Pate
Georgia Bar No. 565899
101 Marietta Street, Suite 3300
Atlanta, Georgia 30303
(404) 223-3310
