IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>    *v.*<br><br>WILLIAM KIMBRELL | Criminal Action No.<br><br>1:14-CR-090-TCB |

**Government's Motion to Continue the Trial Date**

The United States of America, by John A. Horn, United States Attorney, and Paul R. Jones, Assistant United States Attorney for the Northern District of Georgia, files this Motion to Continue the Trial Date.

The defendant, William Kimbrell, was charged in a superseding indictment with receiving one or more visual depictions of minors engaged in sexually explicit conduct, in violation of 18 U.S.C. § 2252(a)(2), and one count of accessing with intent to view one or more visual depictions of minors engaged in sexually explicit conduct, in violation of 18 U.S.C. § 2252(a)(4)(B). (Doc. 15.)

At a pretrial conference held on September 30, 2015, this Court granted the government's oral motion to continue the trial to allow it time to examine materials provided by defense counsel. (Doc. 59.) At the conference, the government agreed to a continuance of the trial to November 9, 2015. However, the government agreed to the new trial date without first checking with witnesses necessary for the trial. Since then, the government has learned that two witnesses who will be coming from outside the Northern District of Georgia are

unavailable the week of November 9. In addition, the government needs additional time to continue going through defense materials and to gather items to provide to defense counsel at his request. For these reasons, the government requests that the Court continue the trial to a later date.

Finally, the government requests that the Court find that, for reasons stated in this Motion, the ends of justice served by continuing the trial outweigh any interest of the public and the defendant in a speedy trial.

> Respectfully submitted,
>
> JOHN A. HORN
> *United States Attorney*
>
> /s/PAUL R. JONES
> *Assistant United States Attorney*
> Georgia Bar No. 402617
> Paul.Jones@usdoj.gov

## Certificate of Service

I served this document today by filing it using the Court's CM/ECF system, which automatically notifies the parties and counsel of record.

> Page Pate, Esq.

October 29, 2015

> /s/ PAUL R. JONES
> 
> PAUL R. JONES
> 
> *Assistant United States Attorney*