IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>WILLIAM KIMBRELL | Criminal Action No.<br><br>1:14-CR-090-TCB |

### Government's Motion for Leave to File Dismissal

It appearing in the above-styled case, that by the authority of the undersigned, of the Superseding Indictment, filed April 22, 2014, charging violation of 18 U.S.C. Section(s) 22452(a)(2) and 2252(a)(4)(B), counts One and Two are dismissed as to William Kimbrell and Movant prays leave of Court to file the same.

Respectfully submitted,

JOHN A. HORN
United States Attorney

By:  PAUL R. JONES
    Assistant United States Attorney
    Georgia Bar No. 402617
    Paul.Jones@usdoj.gov

Consented to by Defendant
[F.R.Crim.P. Rule 48a]

---

### Order

Now, to-wit, on the __24th__ day of __November__, 2015, upon motion of the United States Attorney, leave to file the above dismissal is granted on such terms as are contained in the Government's motion herein above.

TIMOTHY C. BATTEN, SR.
UNITED STATES DISTRICT JUDGE